Trumbley against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 30 days, to reduce the verdict to $11,000, in which case the judgment, as so modified, is affirmed, without costs to either party. See, also, infra.